IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,
JOEL BAUMGARTNER, M.D.,
FRANK CHAE, M.D.,
NICOLE MCDERMOTT, M.D.,
ROBIN SLOVER, M.D.,
JOHN DOE 1, whose true name is unknown, and
JOHN DOE 2, whose true name is unknown,

Defendants.
_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. During the conference I made orders on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the proposed scheduling order is refused.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **November 14, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and shall submit a revised scheduling order on or before **November 7, 2005**.

IT IS FURTHER ORDERED that the parties shall file simultaneous briefs, on **November 7, 2005,** on the issue of whether the plaintiff may refuse to provide to the defendants releases for medical records.

Dated September 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge