IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,
JOEL BAUMGARTNER, M.D.,
FRANK CHAE, M.D.,
NICOLE MCDERMOTT, M.D.,
ROBIN SLOVER, M.D.,
JOHN DOE 1, whose true name is unknown, and
JOHN DOE 2, whose true name is unknown,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)   **Defendant Robin Slover, M.D.'s, Motion to Stay Discovery** (the "Motion to Stay Discovery"), filed September 28, 2005;

(2)   **Plaintiffs' Motion for Extension of Time to Respond to Defendant Robin Slover, M.D.'s, Motion to Dismiss Pursuant to F.R.C.P. 56(f)** (the "Rule 56(f) Motion for Extension"), filed October 13, 2005;

(3)   **Defendant Dr. Slover's Motion for Enlargement of Time to Designate Nonparties at Fault** ("Slover's Motion for Enlargement"), filed October 14, 2005;

(4)     **Defendant United States of America's Motion for Enlargement of Time to Designate Nonparties at Fault** (the "USA's Motion for Enlargement"), filed October 19, 2005; and

(5)     The **Stipulated Motion for Extension of Time to File a Revised, Proposed Scheduling Order** (the "Stipulated Motion for Extension"), filed November 7, 2005.

I held a hearing on the motions and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay Discovery is GRANTED.  All discovery in the case is stayed pending the determination of Dr. Slover's motion to dismiss based on the governmental immunity act.  The plaintiff is directed to file a status report within ten days of any ruling on that motion requesting a scheduling conference.

IT IS FURTHER ORDERED that the Rule 56(f) Motion for Extension is GRANTED. The plaintiff shall have to and including **February 15, 2006**, within which to conduct discovery directed to the issue raised in Dr. Slover's motion to dismiss based on the governmental immunity act.  That discovery is limited to not more than 6 depositions and to interrogatories, requests for production, and admission requests of not more than 25 each.  The plaintiff shall respond to Dr. Slover's motion to dismiss on or before **March 1, 2006.**

IT IS FURTHER ORDERED that Slover's Motion for Enlargement and the USA's Motion for Enlargement each are GRANTED.  Slover and the United States may file designations of non-parties at fault to and including 90 days after the commencement of general discovery.

IT IS FURTHER ORDERED that the Stipulated Motion for Extension is GRANTED IN PART and DENIED IN PART.  It is GRANTED to allow the filing of a proposed scheduling order at a date to be specified by a subsequent order of the court following a ruling on Dr. Slover's motion to dismiss.  It is DENIED insofar as it seeks to postpone the setting of a schedule for discovery pursuant to Fed. R. Civ. P. 56(f), which schedule is established above.

Dated November 14, 2005.

                    BY THE COURT:

                    /s/ Boyd N. Boland
                    United States Magistrate Judge