IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,
JOEL BAUMGARTNER, M.D.,
FRANK CHAE, M.D.,
NICOLE MCDERMOTT, M.D.,
ROBIN SLOVER, M.D.,
JOHN DOE 1, whose true name is unknown, and
JOHN DOE 2, whose true name is unknown,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Extend Discovery Deadlines and Deadline for Plaintiffs' [sic] to Respond to Defendant Slover's Motion to Dismiss** [Doc. # 50, filed 2/14/06] (the "Motion"). The Motion seeks an extension of the deadline for the plaintiff to conduct discovery relating to Dr. Slover's motion to dismiss and to respond to that motion.

I previously had allowed the plaintiff until February 15, 2006, within which to conduct discovery and until March 1, 2006, to respond to the motion to dismiss. The discovery is limited to not more than 6 depositions and to interrogatories, requests for production, and admission requests of not more than 25 each.

Although I find that good cause exists for the requested extension, I will not grant any additional extensions. The plaintiff should use the additional time prudently.

IT IS ORDERED that the Motion is GRANTED. The plaintiff may have to and including **April 13, 2006**, within which to conduct discovery relating to Dr. Slover's motion to dismiss[1] and to and including **May 4, 2006**, within which to respond to the motion to dismiss.

Dated February 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] All discovery relating to the motion to dismiss must be **completed** on or before April 13, 2006. Written discovery requests must be served so that responses are due on or before April 13, 2006, and depositions must be completed by that date.