## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes  Date: September 26, 2006
Court Reporter: Darlene Martinez

Civil Action No. 05-cv-01336-PSF-BNB

*Parties:*                                                         *Counsel:*

SHARON BETHEL, Individually and as                                 Jim Leventhal
Conservator and Guardian of                                        Sommer Stephens
DAVID BETHEL, an incapacitated person,                             Ben Sachs

    Plaintiffs,

v.

UNITED STATES OF AMERICA, by and through                           Elizabeth Weishaupl
VETERANS ADMINISTRATIVE MEDICAL
CENTER OF DENVER, COLORADO;
ROBIN SLOVER, M.D.;                                                Joseph Jaudon
JOHN DOE 1, whose true name is unknown; and                        S. Jane Mitchell
JOHN DOE 2, whose true name is unknown,

    Defendants.

_____

## COURTROOM MINUTES
_____

HEARING: Motions

**2:01 p.m.    Court in session.**

Also present: Defendant Dr. Robin Slover.

**Witness sworn for Defendant Slover: Dr. Robin Slover:**
2:04 p.m.    Direct examination by Ms. Mitchell.
2:36 p.m.    Cross-examination by Mr; Leventhal.
**Exhibits received:** A, B, C, D, E, F, 1, 2 and 3.

**3:11 p.m.**     **Witness excused.**
**ORDER:**       Defendant Robin Slover, M.D.'s Motion to Dismiss **(22)** is **taken under advisement.**

**ORDER:**       Plaintiff's Revised Motion to Consider Supplemental Exhibit in Support of Her Objections to Magistrate Judge's Order Entered on May 30, 2006, Regarding Plaintiff's Discovery Pertaining to Defendant Robin Clover, M.D.'s Motion to Dismiss **(86)** is **taken under advisement.**

**ORDER:**       Upon the conclusion of the **hearing**, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

**3:47 p.m.**     **Court in recess/hearing concluded.**

Total in-court time: 1:46.