IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, Individually and as Conservator and Guardian of
DAVID BETHEL, an incapacitated person,

    Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO;
ROBIN SLOVER, M.D.;
JOHN DOE 1, whose true name is unknown; and
JOHN DOE 2, whose true nema is unknown,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiffs' <u>Unopposed</u> Motion for Relief from Requirement that Treating Providers Be Required to Author Their Expert Reports Pursuant to Fed.R.Civ.P. 26 (a)(2)(B) (Dkt. # 128) is GRANTED. It is ORDERED that David Bethel's VA-employed healthcare providers who will testify regarding prognosis are hereby EXCUSED from the requirement that they prepare their reports pursuant to F.R.Civ.P. 26(a)(2)(B).

    Counsel are reminded that <u>all</u> motions filed in federal court must be accompanied by a proposed order and that a copy of the proposed order must be filed in the judge's chambers in an appropriate downloadable format. The parties are DIRECTED to D.C.COLO.LCivR 5.6A regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

    THE COURT FURTHER NOTES that counsel have been admonished regarding this rule twice before (*see* Dkt. # 74, filed June 12, 2006, and Dkt. # 107, filed October 31, 2006).

DATED:  January 8, 2007