IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 05-cv-01336-PSF-BNB | Date: March 19, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| SHARON (I) BETHEL, individually and as Conservator and Guardian on behalf of David Bethel | Lorraine Parker |
| Plaintiffs, | |
| v. | |
| USA, actually named as United States of America doing business as Veterans Administration Medical Center, | Elizabeth Weishaupl<br>Kurt Bohn |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     9:04 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Plaintiff's motion to amend complaint(2/14/07 #135) is TAKEN UNDER ADVISEMENT.**

**ORDERED:  A motion hearing is set for April 4, 2007 at 1:30 p.m.
            Status report due on or bef ore March 30, 2007.**

Court in Recess    10:14 a.m.    Hearing concluded.

Total time in court:    01:04