IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,
JOHN DOE 1, whose true name is unknown, and
JOHN DOE 2, whose true name is unknown,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant United States' Unopposed Motion to Vacate Settlement Conference** [docket no. 156, filed March 21, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for April 6, 2007, is **VACATED**, to be reset upon the request of the parties.

DATED:  March 22, 2007