IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  **05-cv-01336-PSF-BNB** | Date: April 04, 2007 |
| Courtroom Deputy: Ellen E. Miller | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| SHARON (I) BETHEL, individually, and SHARON BETHEL, as conservator and Guardian on behalf of DAVID BETHEL, an incapacitated person, | Lorraine E. Parker |
| **Plaintiff(s),** | |
| v. | |
| UNITED STATES OF AMERICA, by and through VETERANS ADMINISTRATIVE MEDICAL CENTER | Elizabeth A. Weishaupl Kurt J. Bohn |
| **Defendant(s).** | |

## COURTROOM   MINUTES

**HEARING:  MOTIONS   HEARING**
**Court in Session:**     1:30  p.m.
Appearances of counsel.  Also at defense table is   Breck Cunningham.
Court's opening remarks.

Plaintiffs'   Motion to Compel Discovery Responses and Status Report Concerning Motion to Compel    are   raised for argument.

**It is   ORDERED:**     Plaintiffs'   MOTION TO COMPEL   DISCOVERY RESPONSES... (Docket No.  **139,** Filed February 16, 2007) is **GRANTED IN PART and DENIED   IN   PART  with PARTS TAKEN UNDER ADVISEMENT** for reasons as set forth on the record.

As to Plaintiffs' *First Set of Discovery Issued 11/22/2006*
    Motion is   Granted as to Interrogatory 2
    Motion is   Denied  as to Interrogatory 3(b);
    Motion is   Granted as to Interrogatory 8*;*
    Motion is    Denied   as to Request for Production No. 1

As to Plaintiffs' *Fourth  Set of Discovery Issued 1/02/2007*
    Motion is   Granted   as to  Request for Production No. 9(a)
    Motion is   Taken Under Advisement    as to Request for Production No. 9(b)
    Motion is   Taken Under Advisement    as to Request for Production No. 9(c)
    Motion is   Denied   as to  Request for Production No. 9(d)
    Motion is   Taken Under Advisement as to Request for Production No. 9(e)
    Motion is   Taken Under Advisement as to Request for Production No. 9(f)
    Motion is   Denied   as to  Request for Production No. 9(g)
    Motion is   Denied   as to  Request for Production No. 9(h)
    Motion is   Denied   as to  Request for Production No. 9(i)
    Motion is   Taken Under Advisement  as to Request for Production No. 9(j)

    Motion is   Denied   as to Request for Production No. 10
    Motion is   Denied   as to Request for Production No. 12
    Motion is   Denied   as to Request for Production No. 16
    Motion is   Denied   as to Request for Production No. 18
    Motion is   Denied   as to Request for Production No. 22

    Motion is   Denied   as to Interrogatory No. 16
    Motion is   Denied   as to Interrogatory No. 18

Defendant   shall   have to and including   **APRIL   18,   2007**   within which to supplement discovery responses as ordered from the bench.

The court does not find any waiver of privilege because of the delay in producing the Privilege Log.

Discussion is held regarding the deposition limitations.  Plaintiff notes there are additional persons and/or specific issues that were not covered in previous depositions that Plaintiff may wish to address.  The Court directs the parties to meet and confer in an attempt to resolve the issue and file a stipulation if an agreement is reached.

The parties  may   submit a Stipulated  Protective Order using  *Gillard v.  Boulder Valley School District*, 196 FRD 382 (D. Colo. 2000)  as a reference.

Defendant may file a Motion to Stay regarding the credentialing file of Dr. Slover which is to include information to today's date.

**Court in Recess:**   4:20   p.m.  Hearing concluded.   Total Time in Court:   02:50