IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,
JOHN DOE 1, whose true name is unknown, and
JOHN DOE 2, whose true name is unknown,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion for Clarification of Magistrate [Judge's] Order on Motion to Amend Complaint** [Doc. # 165, filed 4/5/2007] (the "Motion to Clarify").

IT IS ORDERED that the Motion to Clarify is GRANTED.

IT IS FURTHER ORDERED that the plaintiff may file a revised amended complaint which includes the new allegations of negligence contained in the first and second claims for relief in their Proposed Amended Complaint [Doc. # 136, submitted 2/14/2007].  The revised amended complaint should not include the third and fourth claims for relief contained in Doc. # 136, which either have been withdrawn or which I have recommended not be allowed.

IT IS FURTHER ORDERED that the revised amended complaint shall be filed on or before **April 19, 2007**.

Dated April 12, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge