IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,
JOHN DOE 1, whose true name is unknown, and
JOHN DOE 2, whose true name is unknown,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Motion to Disqualify Plaintiffs' Counsel** [Doc. # 145, filed 3/6/2007] (the "Motion to Disqualify") filed by the United States. I held a hearing on the Motion to Disqualify yesterday and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Disqualify is DENIED.

Dated April 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge