IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Plaintiffs' Unopposed Motion to Amend Scheduling Order for the Limited Purpose of Completing Two Depositions** [Doc. # 195, filed 5/21/2007] is GRANTED. The deposition of Scott Jellish shall occur on June 22, 2007, and the deposition of Patricia Pacey shall occur on June 4, 2007.

DATED: May 22, 2007