IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants Motion to Amend Answer Pursuant to Fed. R. Civ. P. 15** [Doc. # 215, filed 6/6/2007] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is DENIED WITHOUT PREJUDICE, and may be renewed in compliance with the requirements stated today.

Dated June 8, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge