IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01336-PSF-BNB

SHARON BETHEL, individually and as conservator and guardian of David Bethel, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER OF DENVER, COLORADO,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1)  **Plaintiffs' Motion to Amend Scheduling Order to Depose Marilyn Lynn** [Doc. # 227, filed 6/19/2007] (the "First Motion to Depose Lynn");

(2)  **Plaintiffs' Motion to Withdraw Their Motion to Amend Scheduling Order to Depose Marilyn Lynn and Unopposed Request for Court Approval to Amend Scheduling Order to Depose Ms. Lynn** [Doc. # 233, filed 6/26/2007] (the "Second Motion to Depose Lynn"); and

(3)  **Defendants' Unopposed Motion to Amend/Correct/Modify the Scheduling Order to Permit Endorsement of a Rebuttal Expert** [Doc. # 234, filed 6/27/2007] (the "Motion re Expert").

IT IS ORDERED that the First Motion to Depose Lynn is DENIED as withdrawn.

IT IS FURTHER ORDERED that the Second Motion to Depose Lynn is GRANTED. The plaintiffs may depose Marilyn Lynn at a date and time as the parties may agree provided the deposition is completed by **August 17, 2007**.

IT IS FURTHER ORDERED that the Motion re Expert is GRANTED.  The defendant shall designate an expert, if any, to rebut the opinions of Dr. Diamond and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 1, 2007**. Any expert designated in rebuttal to Dr. Diamond shall be made available for a deposition at the request of the plaintiffs on or before **August 17, 2007**.

Dated July 2, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge