**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

**Civil Action No.:**   05-cv-01336-PSF-KLM          **FTR** - Reporter Deck - Courtroom A-501
**Date: August  30,  2007**                                          Courtroom Deputy,  Ellen E. Miller
_____

SHARON BETHEL, Individually and                            Leslie C.  Stratton
as Conservator and Guardian of
DAVID BETHEL, an incapacitated person,

    **Plaintiff(s),**
v.

UNITED STATES OF AMERICA, by and through           Kurt J.  Bohn
VETERANS ADMINISTRATION MEDICAL CENTER       Elizabeth A.  Weishaupl
 of Denver, Colorado,

    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE   ORDER**
_____
**HEARING:  MOTIONS  HEARING**
**Court in Session:**    10:30   a.m.
Court calls case.   Appearance of counsel.

The Court raises three motions for argument.

**It is ORDERED:**          Plaintiffs' MOTION TO STRIKE  DEFENDANT'S ENDORSEMENT OF
                                JEANNIE LAMBERT, M.D. AS AN EXPERT WITNESSES [sic]
                                (Docket No. **226,** Filed June 18, 2007} is **DENIED** for reasons as set forth
                                on the record.

Defendant's presentation of Dr. Lambert's  testimony shall be limited to testimony (a) as a treating physician regarding her care and treatment of Mr. Bethel and (b) on cross-examination only relating to the expert report she provided to the plaintiffs.

**It is ORDERED:**          Plaintiffs' RENEWED MOTION TO STRIKE DEFENDANT'S EXPERT
                                WITNESS  THOMAS D. WALSH  (Docket No. **249,** Filed July 30, 2007)
                                is **GRANTED** for the reasons as set forth on the record and as set forth in
                                Magistrate Judge Boland's Order dated June 13, 2007 (Docket No. **221**).

*05-cv-01336-PSF-KLM*
*Motions Hearing*
*August 30, 2007*

Therefore, Mr. Walsh is STRICKEN as an expert witness.

**It is ORDERED:**    Plaintiffs' MOTION TO AMEND THE SCHEDULING ORDER TO DEPOSE LATE-DISCLOSED INDIVIDUALS AND TO STRIKE DEFENDANT'S UNTIMELY DISCLOSURE OF EXPERT OPINIONS (Docket No. **254,** Filed August 03, 2007) is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

The Court will allow depositions to be taken of Mr. Edwards and Dr. Poznanovic. These depositions shall be limited to a maximum of three (3) hours with each witness and shall be conducted by telephone.

The Court will allow testimony of Dr. Thomas Henthorne to testify within the limitations as set forth from the bench.

The Court will allow testimony of Kathleen McMichael, Frank Winderstrom, Cynthia Kizer-Jaqua, and Denise S. Kupcho within the limitations as set forth from the bench.

**It is ORDERED:**    The FINAL PRETRIAL CONFERENCE set SEPTEMBER 24, 2007 at 8:30 a.m. is **vacated** and **reset** to **NOVEMBER 14, 2007 at 8:30 a.m.** The parties shall submit a proposed Final Pretrial Order on or before **November 09, 2007.**

The Pretrial Order shall contain specific and detailed descriptions of the testimony each witness will provide.

Discussion is held as to concerns by the defendant regarding copies of documents which were sent to Plaintiffs and discovery supplements which were requested by defendants. Counsel shall confer regarding these issues no later than SEPTEMBER 04, 2007. If the parties are unable to resolve the issues, appropriate motions shall be filed.

HEARING CONCLUDED.

**Court in Recess:**    11:37 a.m.
Total In-Time Court:   01:07