IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-PSF-KLM

SHARON BETHEL, individually and as Conservator and Guardian of
DAVID BETHEL, an incapacitated person,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATION MEDICAL CENTER of Denver, Colorado,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant United States of America's Unopposed Motion to Stay Entry of the Final Pretrial Order** [Docket No. 312; filed November 28, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, entry of the Final Pretrial Order is stayed pending resolution of the outstanding discovery issues. The Court notes that pursuant to Defendant's Response to the issue regarding the Colorado Good Samaritan Statute [Docket No. 308; filed November 27, 2007], the Final Pretrial Order will not include or reference to that defense.

    IT IS FURTHER **ORDERED** that the parties are to file a joint status report regarding the outstanding discovery issues on or before **January 5, 2008** and every thirty days thereafter until completion of discovery.

    Dated: November 29, 2007