IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: January 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-01336-RPM

| | |
|---|---|
| SHARON BETHEL, Individually and as Conservator and Guardian of DAVID BETHEL, an incapacitated person, | Natalie Brown Lorraine Parker |

Plaintiffs,

v.

| | |
|---|---|
| UNITED STATES OF AMERICA, by and through Veterans Administration Medical Center of Denver, Colorado, | Elizabeth Weishaupl Amy Padden |

Defendant.
_____

## COURTROOM MINUTES
_____

**Status Conference**

**9:58 a.m.     Court in session.**

Court's preliminary remarks, procedural history comments and understanding of the case based on its review of the file.

10:07 a.m.     Ms. Parker states plaintiffs' view of the case and answers questions asked by the Court.

Ms. Parker states the deposition of Dr. Slover is scheduled for March 4, 2008.

**ORDERED:     Plaintiffs' Motion for Sanctions Due to Spoliation of Evidence, filed October 15, 2007 [280], is deferred and will be dealt with at trial.**

10:17 a.m.     Ms. Weishaupl states defendant's view of the case and answers questions asked by the Court.

10:22 a.m.     Statements by Ms. Brown regarding pending Appeal of Magistrate Judge Decision [337].
               Ms. Brown draws Court's attention to docket entries [174] and [188].

January 29, 2007
05-cv-01336-RPM

Discussion regarding scheduling.

**ORDERED:** **Pretrial conference scheduled April 1, 2008 at 2:00 p.m. Proposed pretrial order submitted directly to chambers in paper format by March 27, 2008.**

Argument by Ms. Weishaupl regarding pending Appeal of Magistrate Judge Decision [337].

Argument by Ms. Brown [337] (ref. [332]).

**ORDERED:** **Defendant United States' Objection to Magistrate Judge January 8, 2008, Recommendation Compelling Production of Documents 174 and 188, filed January 16, 2008 [337], is sustained. Order is reversed.**

**ORDERED:** **Order of Reference to Magistrate Judge is vacated.**

**10:44 a.m.** **Court in recess.**

Hearing concluded. Total time: 46 min.