IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-RPM

SHARON BETHEL, Individually and as Conservator and Guardian of
DAVID BETHEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the status conference convened today, it is

ORDERED that a pretrial conference is scheduled for **April 1, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **March 27, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: January 29th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge