IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-RPM

SHARON BETHEL, Individually and as Conservator and Guardian of
DAVID BETHEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened today, it is

ORDERED that this matter is set for trial to the Court on **November 12, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.**

DATED: April 1st, 2008

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior Judge