IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-RPM

SHARON BETHEL, Individually and as Conservator and Guardian of
DAVID BETHEL, an incapacitated person,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, by and through
VETERANS ADMINISTRATIVE MEDICAL CENTER of Denver, Colorado,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

On April 11, 2008, the plaintiffs filed a motion for leave to amend the scheduling order to propound additional discovery to defendant regarding the issue of vicarious liability for Dr. Slover. The defendant responded on April 15, 2008 and the plaintiffs filed their reply on April 16, 2008. Upon a review of these papers, it is

ORDERED that the motion is granted and the scheduling order is modified accordingly.

DATED: April 17th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge