IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 14, 2008
Courtroom Deputy: J. Chris Smith
FTR: Kathy Terasaki

_____

Civil Action No. 05-cv-01336-RPM

| | |
|---|---|
| SHARON BETHEL, Individually and as Conservator and Guardian of DAVID BETHEL, an incapacitated person, | James M. Leventhal Lorraine E. Parker Natalie A. Brown |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | Amy L. Padden Tabitha D. Justice |
| Defendant. | Jamie L. Mendelson |

_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**1:58 p.m.**     **Court in session.**

Court reviews proposed pretrial order and counsel answer questions.

Court reads 28 U.S.C. § 1927 to Ms. Padden and states its view regarding its potential applicability.

Discussion regarding affirmative defenses, liability and pending motions.

**Ms. Padden agrees that affirmative defenses of plaintiffs' negligence, doctrine captain of the ship and administrative remedy not fully exhausted are not applicable.**

Court states plaintiffs' Motion for Sanctions Due to Spoliation of Evidence, filed October 15, 2007 [280], will be dealt with at trial.

**ORDERED:**     Plaintiffs' Rule 37 Motion to Strike Undisclosed Documents Used In Support of Defendant's Reply Brief Regarding Liability for Dr. Robin Slover, M.D., filed June 20, 2008 [354], is denied.

               Plaintiffs' Motion for Clarification Concerning The Scope of the Upcoming Trial on November 12, 2008, filed September 22, 2008 [365], is moot as resolved in today's conference.

Counsel state there are no objections to bifurcation.

**ORDERED:**     Revised proposed pretrial order to be submitted by October 20, 2008.

**2:30 p.m.**     **Court in recess.**   Hearing concluded. Total time: 32 min.