IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                    Senior District Judge Richard P. Matsch

Date:              November 14, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
_____

Civil Action No. 05-cv-01336-RPM

| | |
|---|---|
| SHARON BETHEL, Individually and | Lorraine E. Parker |
| as Conservator and Guardian of | Natalie A. Brown |
| DAVID BETHEL, an incapacitated person, | James M. Leventhal |

      Plaintiffs,

v.

| | |
|---|---|
| UNITED STATES OF AMERICA, by and through | Amy L. Padden |
| Veterans Administration Medical Center of Denver, Colorado, | Tabitha D. Justice |
| | Jamie L. Mendelson |

      Defendant.
_____

                              **COURTROOM MINUTES**
_____

**Trial to Court Day Three**

**9:00 a.m.      Court in session.**

Defendant's client representative Lyle Kirson present.

9:02 a.m.      Plaintiffs' witness, Joel Baumgartner, M.D., sworn.

Direct examination of Mr. Baumgartner by Mr. Leventhal.

Reference to the January 17, 2007 deposition transcript of Joel Baumgartner.
**Plaintiffs' Exhibits 10 and 13 identified, offered, stipulated and received.**

10:00 a.m.     Cross examination of Mr. Baumgartner by Ms. Justice.

**Defendant's Exhibit A-1 identified, offered, stipulated and received.**
Reference to Plaintiffs' Exhibits 10 and13.

**10:34 a.m.     Court in recess.**
**10:48 a.m.     Court in session.**

November 14, 2008.
05-cv-01336-RPM

Argument by Ms. Brown and Ms. Justice regarding defendant's objection to the anticipated testimony of plaintiffs' witness Allan Diamond.

10:50 a.m.     Plaintiffs' witness, Allan Diamond, D.O., sworn.

Direct examination of Dr. Diamond by Ms. Brown.

**Plaintiffs' Exhibit 76 identified, offered and received.**

11:11 a.m.     Cross examination of Dr. Diamond by Ms. Justice.

**Defendant's Exhibit F-19 identified, offered and received.**

11:36 a.m.     Discussion regarding scheduling.

Argument by Mr. Leventhal and Ms. Padden regarding plaintiffs' objection to the defendant's witness Dr. Futrell by deposition transcript.

**Defendant's witness, Dr. Futrell by deposition transcript is permitted.**

**ORDERED:     Plaintiffs' Motion to Strike Defendant's Designation of James Futrell, M.D.'s Deposition Testimony, filed October 30, 2008 [376], is denied.**

Further discussion regarding scheduling.

**11:46 a.m.     Court in session.**

Trial continued.  Total time: 2 hrs. 46 min.

2