IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             November 17, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki
_____

Civil Action No. 05-cv-01336-RPM

| | |
|---|---|
| SHARON BETHEL, Individually and | Lorraine E. Parker |
| as Conservator and Guardian of | Natalie A. Brown |
| DAVID BETHEL, an incapacitated person, | James M. Leventhal |

     Plaintiffs,

v.

| | |
|---|---|
| UNITED STATES OF AMERICA, by and through | Amy L. Padden |
| Veterans Administration Medical Center of Denver, Colorado, | Tabitha D. Justice |
| | Jamie L. Mendelson |

     Defendant.
_____

## COURTROOM MINUTES
_____

**Trial to Court Day Four**

**9:00 a.m.      Court in session.**

Defendant's client representative Lyle Kirson present.

**ORDERED:    The objections to the designated portions of the deposition testimony of James Futrell, M.D. are overruled.**

9:02 a.m.      Plaintiffs' witness, Robin Slover, M.D., sworn.

Direct examination of Dr. Slover by Mr. Leventhal.

Reference to the March 4, 2008 and the January 23, 2007 deposition transcripts of Robin Slover, MD.
Reference to Plaintiffs' Exhibit 18.

**10:26 a.m.    Court in recess.**
**10:40 a.m.    Court in session.**

10:41 a.m.     Continued direct examination of Dr. Slover by Mr. Leventhal.

November 17, 2008.
05-cv-01336-RPM

**Plaintiffs' Exhibit 25, identified, offered, stipulated and received.**
Reference to the March 4, 2008 and the January 23, 2007 deposition transcripts of Robin Slover, MD.
Reference to Plaintiffs' Exhibits 26 and 12.

11:18 a.m.     Cross examination of Dr. Slover by Ms. Justice.

Reference to Plaintiffs' Exhibits 8 and 12.
Reference to the March 4, 2008 and the January 23, 2007 deposition transcripts of Robin Slover, MD.

**12:10 p.m.     Court in recess.**
**1:40  p.m.     Court in session.**

1:41 p.m.     Continued cross examination of Dr. Slover by Ms. Justice.

Reference to Plaintiffs' Exhibits 12.

1:53 p.m.     Redirect examination of Dr. Slover by Mr. Leventhal.

Reference to Plaintiffs' Exhibits 12 and 49.

Plaintiffs rest.

Ms. Padden tenders for filing Defendant's Written Motion Pursuant to Fed. R. Civ. P. 52 (c).

**ORDERED:     Defendant United States of America's Motion Pursuant to Fed.R.Civ.P.52(c), filed November 17, 2008, is denied.**

2:15 p.m.     Defendant's witness, Shirley Pfister, N.P., Sworn.

Direct examination of Ms. Pfister by Ms. Justice.

**Defendant's Exhibit A-3 identified, stipulated, offered and received.**

2:40 p.m.     Cross examination of Ms. Pfister by Ms. Parker.

2:41 p.m.     Redirect examination of Ms. Pfister by Ms. Justice.

2:43 p.m.     Defendant's witness, John Hawk, PharmD., sworn.

Direct examination of Mr. Hawk by Ms. Justice.

2:58 p.m.     Cross examination of Mr. Hawk by Ms. Brown.

November 17, 2008.
05-cv-01336-RPM

3:22 p.m.   Defendant recalls Lyle E. Kirson, DDS.

Direct examination of Mr. Kirson by Ms. Padden.

Reference to Defendant's Demonstrative Exhibits I-21, I-4, RSP, I-10 and H-19.
Reference to Plaintiffs' Exhibit 6.

Discussion regarding scheduling.

**4:58 p.m.   Court in recess.**

**Clerk's Note: Designated Deposition Transcript Trial Testimony of W. Scott Jellish, Henry Halperin, M.D., Martin London M.D. and James Futrell, M.D. are attached. Originals submitted to Court are retained in Clerk's Office. Counsel instructed to file additional electronic copies of transcript testimony listing by page and line number designations and stated objections and they are considered "Part of the Trial Record".**

Trial continued.  Total time: 6 hrs. 28 min.