IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01336-RPM

SHARON BETHEL, Individually and as Conservator and Guardian of
DAVID BETHEL, an incapacitated person,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the Findings and Conclusions entered by this Court on November 28, 2008, it is

ORDERED that a pretrial conference is scheduled for **January 29, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 22, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: December 15th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge