IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             March 3, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 05-cv-01336-RPM

| | |
|---|---|
| SHARON BETHEL, Individually and as Conservator and Guardian of DAVID BETHEL, an incapacitated person, | Natalie A. Brown<br>James M. Leventhal |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, by and through Veterans Administration Medical Center of Denver, Colorado, | Amy L. Padden<br>Tabitha D. Justice<br>Jamie L. Mendelson |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Trial to Court Re: Damages Day Two**

**9:00 a.m.     Court in session.**

Plaintiffs present.

Mr. Leventhal states that the parties intend to stipulate on the reversionary trust issue.

**ORDERED:  Motion to Strike Plaintiffs' Eleventh Supplemental Expert Disclosure, filed February 25, 2009 [404], is moot.**

9:02 a.m.     Plaintiffs' witness, Helen Woodward, sworn.

Direct examination of Ms. Woodward by Mr. Leventhal.

Reference to Plaintiffs' Exhibit 114.
Plaintiffs' Exhibit 150 identified, offered and received.

10:04 a.m.    Cross examination of Ms. Woodward by Ms. Padden.

**10:19 a.m.    Court in recess.**

March 3, 2009
05-cv-01336-RPM

**10:34 a.m.     Court in session**.

10:34 a.m.     Continued cross examination of Ms. Woodward by Ms. Padden.

Reference to Plaintiffs' Exhibit 115.

10:54 a.m.     Redirect examination of Ms. Woodward by Mr. Leventhal.

Mr. Leventhal submits a written stipulation regarding past and future loss wages.

10:59 a.m.     Plaintiffs' witness, Patricia Pacey, PhD., sworn.

Direct examination of PhD. Pacey by Mr. Leventhal.

Reference to Plaintiffs' Exhibit 114.
**Plaintiffs' Exhibit 1 Identified, offered and received.**

11:30 a.m.     Cross examination of PhD. Pacey by Ms. Padden.

Reference to Defendant's Exhibit I-23 pg. 4.
**Defendant's Exhibit J-2 identified, offered and received.**
**Defendant's Exhibit I-23 offered and received.**

12:05 p.m.     Redirect examination of PhD. Pacey by Mr. Leventhal.

Plaintiffs' Exhibit 109 identified and referenced.

**12:07 p.m.     Court in recess.**
**1:43 p.m.      Court in session.**

1:44 p.m.      Plaintiffs' witness, James Schraa, Psy.D., sworn.

Direct examination of Psy.D. Schraa by Mr. Leventhal.

2:20 p.m.      Cross examination of Psy.D. Schraa by Ms. Mendelson.

**Defendant's Exhibits C-19 and G-6 identified, stipulated, offered and received.**

2:47 p.m.      Redirect examination of Psy.D. Schraa by Mr. Leventhal.

2:50 p.m.      Recross examination of PsyD. Schraa by Ms. Mendelson.

2:52 p.m.      Plaintiff, David Bethel, sworn.

Direct examination of David Bethel by Mr. Leventhal.

March 3, 2009
05-cv-01336-RPM

Reference to Plaintiffs' Exhibit 79.

**3:05 p.m.      Court in recess.**
**3:20 p.m.      Court in session.**

3:22 p.m.      Plaintiffs' witness, Sherrell Bethel, sworn.

Direct examination of Sherrell Bethel by Ms. Brown.

3:27 p.m.      Plaintiffs' witness, David G. Bethel, Jr., sworn.

Direct examination of David G. Bethel, Jr. by Ms. Brown.

3:33 p.m.      Plaintiffs' witness, Robert D. Bethel, sworn.

Direct examination of Robert Bethel by Ms. Brown.

Plaintiffs rest.

Discussion regarding scheduling and exhibits.

**3:48 p.m.      Court in recess.**

Trial continued. Total time: 5 hrs. 12 min.