IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01336-RPM

SHARON BETHEL, Individually and as Conservator and Guardian of
DAVID BETHEL, an incapacitated person,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER ON DISPUTED COSTS

---

On April 16, 2009, the Clerk issued an order awarding the plaintiff costs in the amount of $15,402.29.  On April 23, 2009, the plaintiff filed a motion for review of cost determination and requested additional costs for videographer fees totaling $4,500; deposition costs for defense experts who did not testify at trial, to the total of $2,863.93; costs for scanning of trial exhibits in the amount of $875.35 and costs for printing defendant's trial exhibits, in the amount of $1,953.40.

On April 23, 2009, the defendant filed a motion for review of taxed costs, asking for a reduction in the amount of $2,102.50 as the cost of realtime transcripts which were awarded by the Clerk.  On May 13, 2009, the defendant filed its response to the plaintiff's motion for review of costs determination, objecting to the additional costs requested.  The plaintiff responded on May 13, 2009, and the defendant filed a reply in support of its motion for review of costs for realtime transcripts on May 28, 2009.

Upon review of the papers filed, the Court finds and concludes that the costs of realtime transcripts are not allowable and therefore the Clerk's award should be reduced by $2,102.50.  The plaintiff's request for videographer fees is denied as not an allowable cost.  The plaintiff's request for the costs of deposing expert witnesses not called by the defendant, exclusive of realtime costs and avoiding duplication of the award for the Halperin deposition, should be granted as depositions necessary for the preparation for trial.  Accordingly, the award of costs is to be increased by $1,718.23.  The plaintiff's application for $875.35 for scanning trial exhibits and $1,953.40 for printing defendant's exhibits are allowable costs and will be added to the award of costs.

Upon the foregoing, it is

ORDERED that the total of costs awarded to the plaintiff is $17,846.77.

Dated:   June 5th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge