**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01336-RPM

SHARON BETHEL, Individually and as Conservator and Guardian of
DAVID BETHEL, an incapacitated person,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

### ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS
_____

      After review of the record and finding that there are no further issues to be determined, it is

      ORDERED that counsel for the respective parties shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements for the return of all trial exhibits and depositions retained at the conclusion of the trials on November 19, 2008 and March 4, 2009, and have been stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294.

      DATED at Denver, Colorado this 15th, day of July, 2014.

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge